UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PATRICIA BIRCHLER,

    Plaintiff,

  v.

SHERIFF OF RANDOLPH COUNTY and
ERIC HAMILTON,

    Defendants.

Case No. 10-cv-271-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Patricia Birchler's Motion to Voluntarily Dismiss (Doc. 8) this matter with prejudice. Birchler filed her voluntary dismissal motion in response to the Court's Order to Show Cause (Doc. 7) of December 7, 2010.

Being fully advised of the premises, the Court construes the instant motion as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which states that a plaintiff may dismiss an action without a corder order by filing such a notice before the opposing party serves either an answer or a motion for summary judgment. Here, Defendants have yet to file an answer or a motion for summary judgment. Accordingly, the Court acknowledges that this case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: December 9, 2010**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**